IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KHALIL RAMMAL, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>VAN RU CREDIT CORP., )<br>)<br>Defendant )<br>)<br>) | **Case No.: 3:14-cv-00892** |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff voluntarily dismisses his Complaint with prejudice.

Dated: May 30, 2014       BY: */s/ Amy L. Bennecoff*
　　　　　　　　　　　　　　Amy L. Bennecoff, Esquire
　　　　　　　　　　　　　　BPR# 28563
　　　　　　　　　　　　　　Kimmel & Silverman, P.C
　　　　　　　　　　　　　　30 East Butler Pike
　　　　　　　　　　　　　　Ambler, PA 19002
　　　　　　　　　　　　　　Phone: (215) 540-8888
　　　　　　　　　　　　　　Facsimile: (877) 788-2864
　　　　　　　　　　　　　　Email: abennecoff@creditlaw.com
　　　　　　　　　　　　　　Attorney for Plaintiff

## Certificate of Service

I hereby certify that on this 30th day of May, 2014, a true and correct copy of the foregoing pleading served via mail to the below:

Dana Perminas, Esq.
Messer & Stilp
166 W Washington Street
Suite 300
Chicago, IL 60602

                                        */s/ Amy L. Bennecoff*
                                        Amy L. Bennecoff, Esquire
                                        BPR# 28563
                                        Kimmel & Silverman, P.C
                                        30 East Butler Pike
                                        Ambler, PA 19002
                                        Phone: (215) 540-8888
                                        Facsimile: (877) 788-2864
                                        Email: abennecoff@creditlaw.com
                                        Attorney for Plaintiff