UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| KHALIL RAMMAL ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:14-0892 |
| ) | |
| ) | Judge Campbell |
| VAN RU CREDIT CORP. ) | |
| Defendant. ) | |

ENTRY OF JUDGMENT

    Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on June 2, 2014.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney